**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6644**
_____

THOMAS ALLEN STORMER,

　　　　　Plaintiff - Appellant,

　　　v.

VA BEACH CORRECTIONAL CENTER MEDICAL DEPT; ABDUL JAMALUDEEN, Doctor, Virginia Beach Correctional Center; CATHERINE CARTWRIGHT, LLS/LLS, Virginia Beach Correctional Center,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:12-cv-00119-JAG)

_____

Submitted: October 21, 2014　　　Decided: October 23, 2014

_____

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas Allen Stormer, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Allen Stormer seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the  district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on March 7, 2014.  The notice of appeal was filed on April 21, 2014.[*]  Because Stormer failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court.  Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

materials before this court and argument would not aid the decisional process.

DISMISSED
